UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :    INDICTMENT

    - v. -                  :    08 Cr.

JOSE HERNANDEZ,                 :

        Defendant.         :

- - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

On or about October 22, 1992, and continuing thereafter, in the Southern District of New York and elsewhere, JOSE HERNANDEZ, the defendant, having been released on bail in connection with a charge of an offense punishable by a term of imprisonment of five years or more, unlawfully, willfully, and knowingly did fail to appear before a court as required by the conditions of his release, to wit, HERNANDEZ failed to appear before a United States District Judge in the matter of <u>United States</u> v. <u>Jose Hernandez</u>, 92 Cr. 884 (JSM), on October 22, 1992, or at any time thereafter.

    (Title 18, United States Code,
    Sections 3146(a)(1) and (b)(1)(A)(ii).)

_____        _____
FOREPERSON                              MICHAEL J. GARCIA
                                        United States Attorney

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 14 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSE HERNANDEZ,

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. §§ 3146(a)(1)
and (b)(1)(A)(ii).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*  5-14-08
Foreperson.

5/14/08 Filed Indictment A/W Issued. Case assigned to Judge Stein.
s/ Mag. Judge Katz