UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     INFORMATION

      v.                         :     S1 08 Cr. 425 (SHS)

PEDRO RODRIGUEZ,                  :
   a/k/a "Jose Hernandez,"
                              :

          Defendant.
                              :
- - - - - - - - - - - - - - - - - x

## COUNT ONE

The United States Attorney charges:

On or about October 22, 1992, and continuing thereafter, in the Southern District of New York and elsewhere, PEDRO RODRIGUEZ, a/k/a "Jose Hernandez," the defendant, having been released on bail in connection with a charge of an offense punishable by a term of imprisonment of fifteen years or more, unlawfully, willfully, and knowingly did fail to appear before a court as required by the conditions of his release, to wit, RODRIGUEZ failed to appear before a United States District Judge in the matter of United States v. Jose Hernandez, 92 Cr. 884 (JSM), on October 22, 1992, or at any time thereafter.

                   (Title 18, United States Code,
            Sections 3146(a)(1) and (b)(1)(A)(i).)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 6 2008

MICHAEL J. GARCIA
United States Attorney