UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :
                                       S1 08 Cr. 425 (SHS)
      v.                            :

PEDRO RODRIGUEZ,                    :
   a/k/a "Jose Hernandez,"

            Defendant.        :

- - - - - - - - - - - - - - - - x

        The above-named defendant, who is accused of violating Title 18, United States Code, Sections 3146(a)(1) and (b)(1)(A)(i), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

 

                                                _____
                                                PEDRO RODRIGUEZ
                                                Defendant

                                                _____ 08/26/08
                                                Witness

                                                _____
                                                SARAH BAUMGARTEL, ESQ.
                                                Counsel for Defendant

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: AUG 26 2008]

Date:  New York, New York
        August 26, 2008