**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
UNITED STATES OF AMERICA
        against
     Jose Hernandez
(Alias)  Pedro Rodriguez

                    Please PRINT Clearly
```

08 CR 425
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE (SHS)

**NOTICE OF APPEARANCE**

TO:  JAMES M. PARKISON, CLERK

SIR:  YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS  (Please check one)

   1.[ ] CJA    2.[ ] RETAINED    3.[X] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO  [X] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. April  YR. 2008

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE  New York  STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

AUG 2 6 2008

SIGNATURE _____ SB0019
PRINT THE FOLLOWING INFORMATION CLEARLY

Pedro Rodriguez
Attorney for Defendant

Federal Defenders
Firm name if any

52 Duane St., 10th Fl.
Street address

NY           NY          10007
City         State       Zip

212-417-8772
Telephone No

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186