

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 26, 2008

**BY FACSIMILE**

The Honorable Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street, Room 1010
New York, New York 10007

**MEMO ENDORSED**

    Re:    <u>United States v. Pedro Rodriguez, a/k/a "Jose Hernandez"</u>,
           S1 08 Cr. 425 (SHS)

Dear Judge Stein:

    At the status conference in the above-captioned case that took place on August 14, 2008, the Court instructed the parties that if the defendant wished to plead guilty before the next scheduled court date on September 4, 2008, he could do so before a Magistrate Judge. I write to inform the Court that the defendant pleaded guilty today to the sole count of Superseding Information S1 08 Cr. 425 (SHS) before Magistrate Judge Kevin N. Fox. Magistrate Judge Fox set a sentencing date of November 24, 2008, and instructed the Government to confirm that this date was convenient for the Court. Whether the Court sets November 24, 2008 or some other date as the sentencing date, the Government respectfully requests that the conference currently scheduled for September 4, 2008 be adjourned.

*Sentencing adjourned to Oct 30 at 3p.m.*
*Sept 4 conf is cancelled*

SO ORDERED 9/2/08

/s/ Sidney H. Stein
SIDNEY H. STEIN
U.S.D.J.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Christian R. Everdell
Christian R. Everdell
Assistant United States Attorney
(212) 637-2556

cc:    Sarah Baumgartel, Esq. (by fax)